UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

Edwin Mercedes

: Hon. William H. Walls
:
: No. 12-cr-494 (WHW)
:
: ORDER FOR CONTINUANCE
:
:

An indictment charging defendant Edwin Mercedes with one count of conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), having been filed on July 26, 2012; and defendant Edwin Mercedes having been represented by Dennis McAlevy; and bail having been set by the Court; and defendant his counsel being aware that a trial must be held within 70 days of the filing of the Indictment on these charges, pursuant to Title 18, United States Code, Section 3161(b); and one continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); the Government and defendant hereby request a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary to afford the parties the opportunity to reach a plea agreement which would thereby render trial of this matter unnecessary;

IT IS on this ___14___ day of August, 2012

AUG-10-2012  01:51                                           9736453316   P.02
AUG-06-2012  04:48   US ATTORNEY OFFICE

ORDERED that from the date this Order is entered, to and including October 1, 2012, shall be excluded in calculating the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and defendants desire additional time to negotiate pleas in Court, which would thereby render trial of this matter unnecessary.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

SEEN AND AGREED:

_____
David L. Foster
Assistant U.S. Attorney

_____
Dennis McAlevy, Esq.
Counsel for Edwin Mercedes

_____
HONORABLE WILLIAM H. WALLS
United States District Judge