UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :      Hon. William H. Walls
                                         Crim. No. 12-494
        v.                        :
                                         CONTINUANCE ORDER
EDWIN MERCEDES                    :

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by David L. Foster, Assistant U.S. Attorney), and defendant Edwin Mercedes (by Dennis McAlevy, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and each of the defendants being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to an additional continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ____ day of February, 2013,

IT IS ORDERED that defense motions shall be filed by February 28, 2013, the government's reply shall by filed by April 1, 2013, oral argument (if necessary) on April 8 2013, and the trial is scheduled for April 9, 2013; and

IT IS FURTHER ORDERED that the period from February 7, 2013, through April 9, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____  
David Foster  
Assistant U.S. Attorney  

_____  
Dennis McAlevy  
Attorney for Edwin Mercedes  

_____  
HON. WILLIAM H. WALLS  
United States District Judge