CONFIDENTIAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
|---|---|---|
| | | Crim. No. 12-494 |
| v. | : | |
| | | CONTINUANCE ORDER |
| EDWIN MERCEDES | : | |

This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (by David L. Foster, Assistant U.S. Attorney),
and defendant Edwin Mercedes (by Dennis McAlevy, Esq.)  for an order
granting a continuance of the proceedings in the above-captioned
matter, and each of the defendants being aware that he has a right
to have the matter brought to trial within 70 days of the date of
his appearance before a judicial officer of this court pursuant to
Title 18 of the United States Code, Section 3161(c)(1), and as the
defendant has consented to an additional continuance, and for good
and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

1. Plea negotiations are currently in progress, and both
the United States and the defendant desire additional time to

finalize a plea agreement, which would render trial of this matter unnecessary;

2.    Defendant has consented to the aforementioned continuance; and

3.    Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ____19____ day of November, 2013,

IT IS ORDERED that defense motions shall be filed by November 27, 2013, the government's reply shall by filed by December 27, 2013, oral argument (if necessary) on January 3 2014, and the trial is scheduled for January 4, 2014; and

IT IS FURTHER ORDERED that the period from November 5, 2013, through January 4, 2014, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. WILLIAM H. WALLS
United States District Judge

_____
David Foster
Assistant U.S. Attorney

_____
Dennis McAlevy
Attorney for Edwin Mercedes