UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Hon. William H. Walls

v.  :  Crim. No. 12-494

EDWIN MERCEDES  :  ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (José R. Almonte, Assistant U.S. Attorney, appearing), and defendant Edwin Mercedes (Dennis D. McAlevy, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary;

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 19th day of February, 2014,

ORDERED that this action be, and hereby is, continued until May 20, 2014; and it is further

ORDERED that pre-trial motions, if any, shall be filed by March 26, 2014, that replies to the pre-trial motions, if any, shall be filed by April 30, 2014, that oral argument on the motions (if necessary) shall be on May 13, 2014 and that the trial is scheduled for May 20, 2014; and it is further

**[CONTINUED ON THE NEXT PAGE]**

2

ORDERED that the period from the date of this order through May 20, 2014 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
Hon. William H. Walls
United States District Judge

Form and entry
consented to:

_____
José R. Almonte
Assistant U.S. Attorney

_____
Dennis D. McAlevy
Counsel for defendant
Edwin Mercedes