UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 12-494 |
| EDWIN MERCEDES | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (José R. Almonte, Assistant U.S. Attorney, appearing), and defendant Edwin Mercedes (Dennis D. McAlevy, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary;

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this        day of May, 2014,

ORDERED that this action be, and hereby is, continued until July 30, 2014; and it is further

ORDERED that pre-trial motions, if any, shall be filed by June 11, 2014; that replies to the pre-trial motions, if any, shall be filed by July 16, 2014; that oral argument on the motions (if necessary) shall be on July 28, 2014, and that the trial is scheduled for July 29, 2014; and it is further

[CONTINUED ON THE NEXT PAGE]

2

ORDERED that the period from the date of this order through July 30, 2014 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                        Hon. William H. Walls
                                        United States District Judge

Form and entry
consented to:

José R. Almonte
Assistant U.S. Attorney

Dennis D. McAlevy
Counsel for defendant
Edwin Mercedes

3